# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## BALLOT TITLES

### September 29, 2017

Unger v. Rosenblum (S064987). Having received no timely filed objections, the court certifies to the Secretary of State the Attorney General's modified ballot title for Proposed Initiative Petition No. 2 (2018). ORS 250.085(9).

### October 5, 2017

Swanson v. Rosenblum (S065158). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 22 (2018) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### October 5, 2017

Fredrickson v. Starbucks Corporation (S065165). Alternative writ of mandamus issued.